ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --                                    )
                                                 )
The Boeing Company                               )   ASBCA Nos. 60805, 60806, 60807
                                                 )
Under Contract No. FA8632-04-D-2450 et al.       )

APPEARANCES FOR THE APPELLANT:        Seth H. Locke, Esq.
                                      Andrew E. Shipley, Esq.
                                      Andrew J. Victor, Esq.
                                        Perkins Coie LLP
                                        Washington, DC

APPEARANCE FOR THE GOVERNMENT:        E. Michael Chiaparas, Esq.
                                      DCMA Chief Trial Attorney

ORDER OF DISMISSAL

The disputes have been settled. The appeals are dismissed with prejudice.

Dated: 15 August 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60805, 60806, 60807, Appeals of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals